# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | | |
|---|---|---|
| Manuel Cruz,<br>*Plaintiff*<br>v.<br>Zachary Hilton; William Donohue; Matthew Waters; Jonathan Garrett; Chad Maltby; Johnny Westmoreland; Greenville County Sheriff Office; Mason Hubber,<br>*Defendants* | )<br>)<br>)<br>)<br>)<br>) | Civil Action No. 1:17-cv-02157-JFA |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: The plaintiff, Manuel Cruz, shall take nothing of the defendants; Zachary Hilton; William Donohue; Matthew Waters; Jonathan Garrett; Chad Maltby; Johnny Westmoreland; Greenville County Sheriff Office; Mason Hubber, and this action is dismissed without.


This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Joseph F. Anderson, Jr., Senior United States District Judge, presiding, adopting the Report and Recommendation set forth by the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended granting Defendants' motion to dismiss.


Date: April 11, 2018

*ROBIN L. BLUME, CLERK OF COURT*

s/M. Walker

*Signature of Clerk or Deputy Clerk*